UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 16-CR-156

LISA STADTMUELLER,

        Defendant.

## ORDER GRANTING MOTION TO ADJOURN

Lisa Stadtmueller is charged with Conspiracy to Distribute 100 grams or more of Heroin and Possession of a Firearm in Furtherance of a Drug Crime. A jury trial is scheduled for December 12, 2016, with a final pre-trial on November 30, 2016. Although counsel was originally appointed for Stadtmueller under the CJA, she retained counsel almost immediately thereafter and her attorney entered his appearance on October 24, 2016. On today's date, counsel for the defendant filed a request to adjourn and reschedule the case based upon the fact that he had not received discovery, and he believes that there is a significant likelihood that the matter will be resolved without the need for a trial. Counsel indicates that he requested discovery from the previous attorney and recently spoke with her by phone, only to learn that she did not receive his request or a written release from the defendant. Counsel indicates that the prior attorney would be mailing out discovery today, but he would not have enough time to prepare for trial.

Based upon the foregoing, the request for an adjournment is granted and the pre-trial and trial dates for defendant may be removed from the calendar. The Clerk is directed to reschedule the case to be heard within approximately 30 days.

Further, the Court concludes that the interests of the public and the defendant in a speedy trial are outweighed by the need to ensure that the defendant has a full and fair trial. Accordingly, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated this  29th  day of November, 2016.

s/ William C. Griesbach  
William C. Griesbach, Chief Judge  
United States District Court